UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DANIEL JUREK ET AL** | **CASE NO. 6:24-CV-00797** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **FEDERAL HOCKEY L L C ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is an unopposed MOTION FOR ENTRY OF PRELIMINARY DEFAULT filed by Plaintiffs. [Doc. 52]. This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 53] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's MOTION FOR ENTRY OF PRELIMINARY DEFAULT [Doc. 52] is GRANTED in part such that Defendants' Answer [Doc. 23] is hereby STRICKEN from the record of the case.

IT IS FURTHER ORDERED that all named Defendants be provided a copy of the Magistrate Judge's REPORT AND RECOMMENDATION and this Judgment at the following addresses, notifying them of this Court's intention to direct entry of default by the Clerk of Court if no responsive pleadings are filed in this matter within THIRTY (30) DAYS.

(1)     Federal Hockey, LLC – 3011 American Way, Missoula, Montana 59808;

(2)   Zydeco Hockey, LLC – 5235 Florida Boulevard, Baton Rouge, Louisiana 70806; and

(3)   Mr. Wayne Bruce – 211 9th Street, Covington, Indiana, 47932-1610.

Considering the foregoing, it is finally

ORDERED that, failing the filing of responsive pleadings by any named Defendant within the deadline herein imposed, the Clerk of Court shall enter a notice of default as to all unresponsive Defendants. Accordingly, it is finally

ORDERED that Plaintiffs' pending MOTION FOR ENTRY OF PRELIMINARY DEFAULT [Doc. 52] be otherwise DENIED as premature, reserving unto Plaintiffs the right to file an appropriate motion for entry of default judgment following any notice of default by the Clerk of Court and the expiration of any associated delays.

THUS DONE AND SIGNED at Lafayette, Louisiana, this 7th day of July, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE